**UNPUTBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6070

LONNIE K. MOORE,

Plaintiff - Appellant,

versus

JOE RACKLEY; L. M. PERTELLI; L. EDWARDS, As-
sistant Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-97-678-R)

Submitted:  June 16, 1998          Decided:  August 5, 1998

Before MICHAEL and MOTZ, Circuit Judges, and HALL, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Lonnie Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lonnie K. Moore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Moore v. Rackley, No. CA-97-678-R (W.D. Va. Dec. 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2